Excello Hosiery Mills, respondent,

*v.*

Louis Hirsch et al., appellants.

[Decided October 9th, 1935.]

*Messrs. Mendelsohn & Mendelsohn,* for the respondent.

*Mr. Joseph Rosthal,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis and reported in *117 N. J. Eq. 570.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Hetfield, Dear, Wells, 13.

*For reversal*—None.